07-532

Motion to proceed in forma pauperis:

This is to certify that I am poor. I have no income currently and own no real property. My bank account is currently 150.00 in arrears. I live with a person who works for the City of Jacksonville and also holds a part time job. This person earns approximately 23, 00.00 after taxes. Our rent is 810.00 per month and electricity and water runs about 200.00 per month. I did receive a one time cash settlement of 1,200.00 from a class action suit. I have two children. It is my belief that I have standing to sue two private companies in relation to this lawsuit and if I am allowed to proceed, do press suit and do collect an award I have no problem paying court costs after the fact.

Motion to proceed as an emergency:

My facts are facts. They are not a matter of your belief meaning they remain facts even if you choose not to act upon them. I claim this is an emergency for one reason alone: my safety and that of my children is at stake. So far, my life has not been worth one cent in any court of law or so this government of unjust men has told me. I also claim this case is an emergency as it addresses the current war and the current denial of equal protection and due process now denied to women and their children and state that lives are being lost and those lives will not return. Citizens are now being made to die for the institutions of government and for no other reasoning as there is none as money is not reason but excuse, especially if you are American as our money has no tangible standard. It is valued only upon our consent and will to make good on it. If imminent but preventable death is not an emergency I have no idea what or how this nation has decided to define the word "emergency".



RECEIVED
SEP -4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE