07-532

In The Federal Court
District of Delaware
Wilmington Division

Susan Herbert, on her own
And on behalf of her minor sons,
E          and C
1100 Seagate Avenue 101
Neptune Beach, FL 32266

Complaint, Motion,
And Request for
Emergency Status

Versus

The United States of America



I, Susan Herbert complain:

This lawsuit charges that the United States of America has now violated the separation of powers in an absolute manner as a gross violation has occurred in every single branch of our government and as women, children and Armed Service personnel are now being made to die for the institutions of government and not in defense of constitutions. In my life this violation of separation of power and denial of equal protection and due process has occurred from the local municipal level to the federal level is more than one state. This claim then is an absolute violation of Article 4 Section 4 made under equal protection and due process. Although I could list all of them, greatest weight must be given to:

1. Violation of separation of power for failure to vote of the single citizen and then the nation as a whole.
2. Violation of separation of power by our Supreme Court for assuming the power of one, a power that our law clearly states belongs to the single citizen, "A" vote, and then to the person who is the president in the form of executive order as we are a never ending chain of command and executive order is checked by "THE" popular vote.
3. Violation of separation of power by the person who was president, William Clinton, for failure to fulfill his duties as president thus abandoning his command or his office.
4. Violation of separation of power for the citizens obeying an illegal and in violation of the law order of the Supreme Court and of the executive several times over as nothing this executive has done is legal or binding and this blind obedience then harmed women and their children, even killing them. They did not act.
5. I have been denied my vote, denied my power of one since before 2000 as no remedy or relief was ever granted to my person although I diligently sought it and it exists and then all of my rights, every single one of them, were denied me and my children. To this day we suffer injury without remedy or relief granted.
6. The Supreme Court of the United States has cited my human quality of WOMAN and POOR as reason to injure and harm me and my children and most recently began citing AMERICAN to deny us our right to access the Supreme Court as the Judiciary Act of 1925 was invoked and applied in a manner it was not intended as the Supreme Court is equivalent to all other courts and may not except itself from our law making it above or outside of my Constitutionally protected right to access the courts. The Judiciary Act was never intended to prevent federal questions and Constitutional challenges from being heard as the citizens need no protection from justice or "too many Constitutional issues". See Scopetta. Three Writs of Certiorari were never acknowledged with a denial to be heard as is custom and male clerks have repeatedly told me exact lies and cited my human quality of female as reason to deny me entry; they have also violated the Americans with Disabilities Act by not providing accommodations for a physical disability I possess and told me appearing on my own behalf is impossible and so, this is yet another assumption of the power of one and violation of our law and another denial of equal protection and due process.

So then, Bush v Gore was a at best a tie or at worst a case of the Supreme Court casting two ballots for president – a violation of our law. Invoking per curiam, acting as one, was and is not legal if the Supreme Court is deciding the vote as it is an assumption of the power of one – one person, one vote – a power this body does not have. As the Court then ruled 5-4 this ruling is a tie as a person, a number and our law is absolute. 5-4 is then 5 as 1 versus 4 as 1, a tie. It is not possible to invoke per curiam and rule 5 versus 4; that is not one. It is a tie or it is the Court casting TWO ballots for president, a violation of the law. As our law is a president breaks a tie within the Court, William Clinton was to have issued his own reasoned decision, an executive order breaking this tie and/or upholding our law. He had several choices and could have reasoned this many ways, each of them Constitutional. He did not. As our law is the president may stand down the Chief Justice as they check each other as may ANY citizen, William Clinton was still to have issued a decision if one reasons that only the per curiam ruling stands alone or only Justice Stevens ruling stands alone as only he acknowledged the truth of the case: it was without merit as the claims made were not the issue being decided. No matter how one reasons this, it is yet a tie or yet a violation of our law. There is no way this ruling may be upheld or enforced as the electoral college still exists, the corruption of the executive has now passed completion as it, the legal power of the executive now rests within our Supreme Court, and so this violation of separation of power continues. Women and their children will be harmed further.

As A vote and then THE vote creates a legal custodial relationship this ruling was an illegal custody award of my person and of my children and then of all the citizens. I have never obeyed this ruling but instead made myself a person who was of the ability to argue not only her own case but also every single solitary equal protection issue so that I could come forward and sue for what remains as the only available remedy and relief to be had now that this corruption of our thinking of women as less than and our humanity being one of money as money is cited as reasoning to injure and even kill women and their children, has passed completion and entered the executive twice: the awarding of a runoff election between myself and Bush Jr. The citizens are owed one as our law says: a government derives its power from the consent of the governed, from THE vote. I myself have heard many people NOT consenting to some of these illegal orders and actions but not of the ability to argue on their own behalf in a court of law and not of the ability to hire an attorney to do so. No one has yet understood the power of one delineated in our law.

I assure this court that I can stand down each person between myself and Bush Jr., and prove unfitness and/or violation of honor bound duty. I also have evidence which rises to proof that his own rights of equal protection and due process were violated. As the award of legal power was made once to men, this court has no valid legal reasoning to deny me hearing. I seek not be awarded this power directly as I not only obey the law, I seek to restore moral authority and legal power to the citizens. I seek to re-establish the consent of the governed and to resuscitate our Declaration and Constitution. I did what I was legally obligated to do and have reasoned and issued my own ruling regarding Bush v Gore and have decided that I am the only person I am willing to award legal custody of my person to; I am willing to award custody of my own self to my own self as no other

person has shown me they are of the ability to act as president or Commander nor will they uphold and enforce our law as evidenced by their past and current actions or failure to act. As I know the law and have even seen it in person in the Smithsonian, and as I have read the Federalist Papers and currently have on loan a bound copy of all of them, I do not question if my application of the law is correct. As I came forward I am the authority and I invoke Marbury, not cite it.

I pray this court grants me hearing and orders a runoff election, or sends this case to the Supreme Court and orders our high court to hear me by ruling their application of the Judiciary Act of 1925 is unconstitutional if it prevents a federal question or Constitutional challenge from being heard or if it prevents a citizen from seeking redress for harm done to them by the Supreme Court itself. I trust that the Supreme Court is able and capable to review their own actions as: the Supreme Court could not have known, they did not have the human ability to know, that William Clinton would fail to fulfill his duties. Ruling upon a presidential election then asks the Supreme Court to meet an impossible standard and that is to predict the future.

*[signature]*
8/30/07



Susan Herbert
2100 Seagate Ave #101
Neptune Bch, Fl 32266

Federal District Court 3rd Circuit
Civil Division
J. Caleb Boggs Federal Bld.
844 North King Street
Wilmington, DE 19801-3519

JACKSONVILLE FL 322
31 AUG 2007 PM 3 L