07-532

Motion to be heard in the Supreme Court:

The Supreme Court will hear this case as an emergency and will reconvene in order to do so without unnecessary delay as this is a true emergency and this litigant has been diligent in seeking a hearing by previously entering three never acknowledged Writs of Certiorari and numerous letters to the court. She has also written to all 100 Senators and has received no response. It is a citizens Constitutionally protected right to access the courts, and if one has a case of original jurisdiction for our Supreme Court and the Court itself is the object of her suit as she claims their action harmed her and was illegal, it can not then deny her hearing as this would violate precedent set by Marbury which claimed for the high court its Constitutional authority and has always been upheld since. If one were to reason anything else, this citizen would be the unique exception, a violation of separation of power would be set as precedent by the federal court, all citizens might then have no redress for any wrongs done to them and all manner of their civil liberties could potentially be violated. Our law would become a dead letter.

This is an order of the federal court.

_____
Federal Judge


RECEIVED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE