─ 0 7 ─ 5 3 2 ─

Motion to commence a runoff election:

A runoff election for the office of president will be held between Susan Herbert and George Bush Jr. The states will make it possible for this election to be held on or before October 1st, 2007, the first Monday and the day on which the Supreme Court traditionally convenes as it can then certify this election. No vote of a whole, such as one vote per governor per state is legal; the only legal form this election takes is the power of one rule, our law, which is: one person, one vote.

No electronic voting machines may be used and all votes must be counted by hand. As this right, our most basic and fundamental right, was won and paid for by the blood of Americans, men and women both living and dead, any person presenting themselves as a legal voter will be allowed to cast a vote without question. Any citizen knowingly, willingly and deliberately casting an illegal vote is then committing a gross act of treason as it is a crime against humanity. This is defined in our law as "working a corruption of blood" as your vote is legal and binding, equivalent to an executive order and a commission in the Armed Services. Thus, your vote is one that takes life or gives life – your own and the other citizens. To vote illegally and/or irresponsibly or to not vote is to spill blood and cause injury, and it is harm that may reverberate through the decades or the centuries. As such, this is an invocation of the honor code and is, as always, a sworn honor bound duty and so, each citizen shall take the following oath before casting their vote:

"On my honor, I swear that I am legally entitled to vote and that I have read the law, our Declaration and our Constitution, or have had it read to me, and I understand the duty I am being asked to perform on behalf of my nation. I am a power of one."

The day upon which the states agree to hold this runoff election shall be deemed a national holiday as this is what our founders dreamed of and hoped their children and grand children would come to know: the fulfillment of the promises named in the Preamble for all citizens and the realization that no person on this Earth derives their power from any outside thing but only from their own person acting in the name of love for their own humanity, with the serene assurance that In God We Trust. This is about the infinite possibility of The United States of America as we have the law, our Declaration and Constitution, and the collective power of WE, the people. It will be a day of remembrance and thanksgiving for every sacrifice others have made on our behalf and a national day of forgiveness for ourselves.

This is an order of the federal court.

_____
Federal Judge

