IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SUSAN HERBERT, on her own and :
on behalf of her minor sons, :
E and C, :
                                       :
    Plaintiff, :
                                       :
    v. : Civil Action No. 07-532-JJF
                                       :
UNITED STATES OF AMERICA, :
                                       :
    Defendant. :

**ORDER**

NOW THEREFORE, at Wilmington this 25 day of September, 2007, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Leave To Proceed In Forma Pauperis (D.I. 1) pursuant to 28 U.S.C. § 1915 is **GRANTED**.

2. Plaintiff's Motion To Be Heard In The Supreme Court (D.I. 3) is **DENIED**.

3. Plaintiff's Motion To Commence A Run-Off Election (D.I. 4) is **DENIED**.

4. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). Amendment of the Complaint would be futile. See Alston v. Parker, 363 F.3d 229 (3d Cir. 2004); Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

                                                      UNITED STATES DISTRICT JUDGE